| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Dawson, Kent J | 2. Court or Organization District of Nevada | 3. Date of Report 5/4/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 333 Las Vegas Boulevard South Room 6006 Las Vegas, Nevada 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Member | 629 South Casino Center, LLC |
| 2. | Officer/Director | Henderson Chamber of Commerce |
| 3. | Officer | Kent J. Dawson, Chtd., a professional law corp. |
| 4. | Manager/Member | Los Feliz Estates, LLC |
| 5. | Manager/Member | 616 S. Third Street, LLC |
| 6. | Officer/Director | Papnet Utah, Inc. |
| 7. | Officer/Director | Multistate Properties, Inc. |

RECEIVED 2005 MAY 17 P 12: 14 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/1/72 | Kent Dawson/Nevada Public Employees Retirement System-retirement plan w/former employer - no control |
| 2. | 2/1/95 | Kent Dawson, Chtd./Kent Dawson - rental income and compensation for legal services rendered before becoming a judge |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/04 | Clark County School District, salary |
| 2. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NetMed Stock | | None | J | T | None | | | | |
| 2. Vacant land, Brianhead, Utah | | None | O | W | Sales | 8/04 | N | G | Walker, Kreeger, Ames |
| 3. Vacant lands, West Jordan, Utah | | None | N | R | Buy | 12/31 | N | A | Apt. Land at Jordan Hills Ltd. |
| 4. 616 S. Third Street, LLC Rental Property, Las Vegas, NV | E | Rent | O | W | None | | | | |
| 5. Vacant land, Tauranga, New Zealand | | None | M | W | None | | | | |
| 6. Los Feliz Estates, LLC Building lots, Las Vegas, NV | | None | O | W | Sales | 3/23 8/23 i/ci 4/23 | N | G | MAIN GUNZALES GARRAMONE TADZES |
| 7. Los Feliz Esates, LLC Vacant land, Las Vegas, NV | | None | P2 | W | None | | | | |
| 8. Vacant Land, #2, Henderson, NV | | None | M | W | None | | | | |
| 9. Community Bank of Nevada Account - Closed | 0 | Interest | J | T | None | | | | |
| 10. Kent J. Dawson, Chtd. Stock | | None | L | U | None | | | | |
| 11. Irrevocable Trust | A | Interest | L | W | None | | | | |
| 12. -Real Estate, Las Vegas, NV | | | | | | | | | |
| 13. -Real Estate, Roy, Utah | | | | | | | | | |
| 14. BankWest Account | G | Interest | N | T | None | | | | |
| 15. Clark County Credit Union Account | C | Interest | J | T | None | | | | |
| 16. Bank of New Zealand Accounts | G | Interest | M | T | None | | | | |
| 17. Swift Energy Income Partners | | | | | Closed | 6/04 | J | | |
| 18. Lewis Manor Apartments | C | Dividend | K | U | None | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000

3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
   (See Column C2) U = Book Value; V = Other; W = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson, Kent J | 5/4/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date May 11, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544